■ RICHARD MAUE, Appellant, v GOLD SEAL EQUITY PARTNERSHIP et al., Respondents. BLOCKBUSTER, INC., Third-Party Plaintiff, v LANE-VALENTE INDUSTRIES, Third-Party Defendant-Respondent and Fourth-Party Plaintiff. ALLSTATE HEATING &

Mechanical Services, Inc., Fourth-Party Defendant-Respondent. Gold Seal Equity Partnership, Third-Party Plaintiff, v Allstate Heating & Mechanical Services, Inc., Third-Party Defendant-Respondent. [841 NYS2d 812]—Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.), entered September 15, 2006 in a personal injury action. The order, among other things, denied plaintiff's cross motion for partial summary judgment on liability under Labor Law § 240 (1).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Gorski, Lunn, Fahey and Peradotto, JJ.